Accounts Recovery Agen
Po Box 2328
Palm Springs, CA 92263


Bank Of America, N.A.
4161 Piedmont Pkwy
Greensboro, NC 27410


Bk Of Amer
De5-019-03-07
Newark, DE 19714


Cap1/Bstby
Po Box 5253
Carol Stream, IL 60197


Capital One Auto Finan
3901 Dallas Pkwy
Plano, TX 75093


Carole Colburn Grigor
c/o Joshua P Friedman
Joshua P Friedman & Assoc.
9903 Santa Monica Blvd., #1108
Beverly Hills, CA 90212


Central Valley Homes
1 Creekside Way
Mill Valley, CA 94941


Colette McDougall
c/o Joshua P Friedman
Joshua P Friedman & Assoc.
9903 Santa Monica Blvd., #1108
Beverly Hills, CA 90212

Desgn Rec
1 Centerpointe Dri Suite 450
La Palma, CA 90623


Edward LaBarre
3030 Bridgeway Dr
Suite 219
Sausalito, CA 94965


Franchise Tax Board
Bankruptcy Unit
PO Box 2952
Sacramento, CA 95812-2952


Gecrb/Hdwh
C/O P.O. Box 965036
Orlando, FL 32896-5036


Gordon B. Cutler, Esq.
3260 Earlmar Dr.
Los Angeles, CA 90064


Grant & Weber
26575 West Agoura Road
Calabasas, CA 91302


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Kieth W. Colburn
c/o Joshua P Friedman
Joshua P Friedman & Assoc.
9903 Santa Monica Blvd., #1108
Beverly Hills, CA 90212

Lawrence Segal, Esq
Segal Skigen
9595 Wilshire Blvd.
Suite 201
Beverly Hills, CA 90212


Los Angeles County Sheriff
110 N. Grand Ave, Rm 525
Los Angeles, CA 90012


Northwestern Mutual Insurance
Legal Process Unit
720 East Wisconsin Ave
Milwaukee, WI 53202


Radio/Cbna
Po Box 6497
Sioux Falls, SD 57117


Richard W. Colburn
c/o Joshua P Friedman
Joshua P Friedman & Assoc.
9903 Santa Monica Blvd., #1108
Beverly Hills, CA 90212


Sears/Cbna
Po Box 6282
Sioux Falls, SD 57117