# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

In re: COLBURN, JACQUELINE ANN § Case No. 13-10210
                Gasser §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    Jeffry Locke, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $246,666.83    Assets Exempt: $81,517.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $101,679.66    Claims Discharged
                                                            Without Payment: $344,410.34

Total Expenses of Administration: $92,030.19

    3) Total gross receipts of $ 193,709.85 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $193,709.85 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $109,898.00 | $26,585.72 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 92,030.19 | 92,030.19 | 92,030.19 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 30,000.00 | 17,321.00 | 17,321.00 | 17,321.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 3,887,050.46 | 4,218,839.62 | 86,649.60 | 84,358.66 |
| **TOTAL DISBURSEMENTS** | $4,026,948.46 | $4,354,776.53 | $196,000.79 | $193,709.85 |

  4) This case was originally filed under Chapter 7 on January 31, 2013. The case was pending for 17 months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/08/2014  By: /s/Jeffry Locke
          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Beneficial Interest in Jacqueline S. Colburn Cha | 1129-000 | 24,954.90 |
| Citibank Checking xxx2657 | 1229-000 | 26,865.18 |
| Beneficial interest in Annuity Richard Colburn T | 1129-000 | 141,889.77 |
| **TOTAL GROSS RECEIPTS** | | **$193,709.85** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 14 | Capital One Auto Finance | 4210-000 | 26,928.00 | 26,585.72 | 0.00 | 0.00 |
| NOTFILED | Bank Of America, N.A. | 4110-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America, N.A. | 4110-000 | 82,820.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$109,898.00** | **$26,585.72** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Jeffry Locke | 2100-000 | N/A | 12,935.49 | 12,935.49 | 12,935.49 |
| Jeffry Locke | 2200-000 | N/A | 54.72 | 54.72 | 54.72 |
| BACHECKI CROM & CO | 3410-000 | N/A | 7,008.50 | 7,008.50 | 7,008.50 |
| BACHECKI CROM & CO | 3420-000 | N/A | 94.34 | 94.34 | 94.34 |
| REIDUN STROMSHEIM | 3210-000 | N/A | 68,570.50 | 68,570.50 | 68,570.50 |
| REIDUN STROMSHEIM | 3220-000 | N/A | 2,451.47 | 2,451.47 | 2,451.47 |
| International Sureties, LTD | 2300-000 | N/A | 178.99 | 178.99 | 178.99 |
| Rabobank, N.A. | 2600-000 | N/A | 34.77 | 34.77 | 34.77 |
| Rabobank, N.A. | 2600-000 | N/A | 39.87 | 39.87 | 39.87 |
| Rabobank, N.A. | 2600-000 | N/A | 35.96 | 35.96 | 35.96 |
| Rabobank, N.A. | 2600-000 | N/A | 42.32 | 42.32 | 42.32 |
| Rabobank, N.A. | 2600-000 | N/A | 38.42 | 38.42 | 38.42 |
| Rabobank, N.A. | 2600-000 | N/A | 37.08 | 37.08 | 37.08 |
| Rabobank, N.A. | 2600-000 | N/A | 42.14 | 42.14 | 42.14 |
| Rabobank, N.A. | 2600-000 | N/A | 35.70 | 35.70 | 35.70 |
| Rabobank, N.A. | 2600-000 | N/A | 148.75 | 148.75 | 148.75 |
| Rabobank, N.A. | 2600-000 | N/A | 281.17 | 281.17 | 281.17 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $92,030.19 | $92,030.19 | $92,030.19 |

# EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 -2 | Internal Revenue Service | 5800-000 | 20,000.00 | 11,289.00 | 11,289.00 | 11,289.00 |
| 16 | FRANCHISE TAX BOARD | 5800-000 | 10,000.00 | 6,032.00 | 6,032.00 | 6,032.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $30,000.00 | $17,321.00 | $17,321.00 | $17,321.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Carol Colburn Grigor | 7100-000 | 295,000.00 | 473,622.88 | 0.00 | 0.00 |
| 2 | Richard W. Colburn | 7100-000 | 1,445,000.00 | 1,646,622.26 | 0.00 | 0.00 |
| 3 | Keith W. Colburn | 7100-000 | 675,000.00 | 861,222.18 | 0.00 | 0.00 |
| 4 | Colette McDougall | 7100-000 | 1,030,072.00 | 1,070,322.59 | 0.00 | 0.00 |
| 5 | Dr. David Frankel | 7100-000 | 1,466.07 | 1,663.98 | 1,663.98 | 1,621.71 |
| 6 | Beverly Hills Country Club | 7100-000 | N/A | 4,925.06 | 4,925.06 | 4,799.93 |
| 7 | Burrtec Waste Industries | 7100-000 | N/A | 141.16 | 141.16 | 137.57 |
| 8 | Gordon B. Cutler, Esq. | 7100-000 | 70,428.32 | 68,828.00 | 30,972.60 | 30,185.68 |
| 9 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 8,628.25 | 8,628.25 | 8,409.03 |
| 11 | GE Capital Retail Bank | 7100-000 | N/A | 623.81 | 623.81 | 607.96 |
| 12 | GE Capital Retail Bank | 7100-000 | N/A | 2,752.00 | 2,752.00 | 2,682.08 |
| 13 | Irving Wm. Bernstein, Accountant | 7100-000 | 2,180.00 | 2,041.66 | 2,041.66 | 1,989.79 |
| 15 | Stanley W. McKiernan | 7100-000 | 25,784.67 | 77,354.01 | 34,809.30 | 33,924.91 |
| 16PE | FRANCHISE TAX BOARD | 7300-000 | N/A | 91.78 | 91.78 | 0.00 |
| NOTFILED | NACO | 7100-000 | 596.57 | N/A | N/A | 0.00 |
| NOTFILED | Daisy & Franklin Colburn c/o Jacqueline Colburn | 7100-000 | 150,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Desgn Rec | 7100-000 | 5,794.00 | N/A | N/A | 0.00 |
| NOTFILED | MV French Cleaners | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Lab Corp of America | 7100-000 | 156.95 | N/A | N/A | 0.00 |
| NOTFILED | Mountain Disposal | 7100-000 | 126.00 | N/A | N/A | 0.00 |
| NOTFILED | SF Gynecology | 7100-000 | 25.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Grant & Weber | 7100-000 | 105.00 | N/A | N/A | 0.00 |
| NOTFILED | Edward LaBarre | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/Cbna | 7100-000 | 3,246.00 | N/A | N/A | 0.00 |
| NOTFILED | Verbatim Reporters Ms. Frances Higgins | 7100-000 | 13,085.12 | N/A | N/A | 0.00 |
| NOTFILED | Robert Wagner c/o Leonard Rifkind | 7100-000 | 12,888.00 | N/A | N/A | 0.00 |
| NOTFILED | Radio/Cbna | 7100-000 | 468.00 | N/A | N/A | 0.00 |
| NOTFILED | Richard Sproul | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Cap1/Bstby | 7100-000 | 4,503.00 | N/A | N/A | 0.00 |
| NOTFILED | Law Office of Paul F. Cohen | 7100-000 | 120,414.42 | N/A | N/A | 0.00 |
| NOTFILED | Gecrb/Hdwh | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Bk Of Amer | 7100-000 | 11,256.00 | N/A | N/A | 0.00 |
| NOTFILED | Lab Corp of America | 7100-000 | 58.12 | N/A | N/A | 0.00 |
| NOTFILED | CA Emergency Physicians | 7100-000 | 47.22 | N/A | N/A | 0.00 |
| NOTFILED | Accounts Recovery Agen | 7100-000 | 4,925.00 | N/A | N/A | 0.00 |
| NOTFILED | Affiliated Professional Services, Inc. | 7100-000 | 925.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$3,887,050.46** | **$4,218,839.62** | **$86,649.60** | **$84,358.66** |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-10210  **Trustee:** (007750) Jeffry Locke
**Case Name:** COLBURN, JACQUELINE ANN  **Filed (f) or Converted (c):** 01/31/13 (f)
 **§341(a) Meeting Date:** 03/05/13
**Period Ending:** 07/08/14  **Claims Bar Date:** 08/26/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  Single Family Residence 506 Hemlock Dr. Benefit<br>  Orig. Asset Memo: Claiming not property of the estate, bare legal title.; Imported from original petition Doc# 10, condition of property may make it unsaleable given liens and taxes owed. | 200,000.00 | 10,030.00 | | 0.00 | FA |
| 2  Pocket Cash<br>  Orig. Asset Memo: Imported from original petition Doc# 10 | 20.00 | 0.00 | | 0.00 | FA |
| 3  Bank of America Checking Account, 8915 Mill Vall<br>  Orig. Asset Memo: Imported from original petition Doc# 10 | 150.00 | 0.00 | | 0.00 | FA |
| 4  Ciitbank Checking Account, 3217 Mill Valley, CA<br>  Orig. Asset Memo: Imported from original petition Doc# 10 | 7,841.00 | 0.00 | | 0.00 | FA |
| 5  Blackrock Collegeadvantage Fund Custodian Accoun<br>  Orig. Asset Memo: Imported from original petition Doc# 10 | 0.00 | 0.00 | | 0.00 | FA |
| 6  Security Deposit with Landlord Central Valley Ho<br>  Orig. Asset Memo: Imported from original petition Doc# 10 | 2,795.00 | 0.00 | | 0.00 | FA |
| 7  Miscellaneous Household Furniture<br>  Orig. Asset Memo: Imported from original petition Doc# 10 | 8,000.00 | 0.00 | | 0.00 | FA |
| 8  Family Books<br>  Orig. Asset Memo: Imported from original petition Doc# 10 | 100.00 | 0.00 | | 0.00 | FA |
| 9  Personal and Family Clothing<br>  Orig. Asset Memo: Imported from original petition Doc# 10 | 4,000.00 | 0.00 | | 0.00 | FA |
| 10  Costume Jewelry<br>  Orig. Asset Memo: Imported from original petition Doc# 10 | 100.00 | 0.00 | | 0.00 | FA |
| 11  Wrist Watch<br>  Orig. Asset Memo: Imported from original petition | 500.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2
# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-10210  
**Case Name:** COLBURN, JACQUELINE ANN  

**Period Ending:** 07/08/14

**Trustee:** (007750) Jeffry Locke  
**Filed (f) or Converted (c):** 01/31/13 (f)  
**§341(a) Meeting Date:** 03/05/13  
**Claims Bar Date:** 08/26/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| Doc# 10 | | | | | |
| 12 Kayak<br>    Orig. Asset Memo: Imported from original petition Doc# 10 | 300.00 | 0.00 | | 0.00 | FA |
| 13 35 mm Film Camera<br>    Orig. Asset Memo: Imported from original petition Doc# 10 | 100.00 | 0.00 | | 0.00 | FA |
| 14 Void, in partial satisfaction of a Marital<br>    Orig. Asset Memo: Imported from original petition Doc# 10 , asset removed in amended schedules. | 0.00 | 0.00 | | 0.00 | FA |
| 15 Beneficial Interest in Jacqueline S. Colburn Cha<br>    Orig. Asset Memo: Imported from original petition Doc# 10. Doc 66 cites California Probate Code Section 15306.5c and 703.140b10 d re exemption claim. Per settlement, debtor allowed 16,666 exemption, two payments. and October, November and December 2013 retained by debtor as exempt. All payments beginning January 2014 paid directly to debtor by annuity company. | 0.00 | 58,333.00 | | 24,954.90 | FA |
| 16 Potential Claim v landlord  (u)<br>    Orig. Asset Memo: Imported from original petition Doc# 10. Mold claim disclosed in amended schedules Doc 66 | Unknown | 0.00 | | 0.00 | FA |
| 17 Reimbursement Claim v. Northern Trust as Trustee (u)<br>    Orig. Asset Memo: Imported from Amended Doc#: 20; Original asset description: Potential legal claim against previous landlord | Unknown | 0.00 | | 0.00 | FA |
| 18 2013 Volkswagen Pasat, 6,000 miles, good conditi<br>    Orig. Asset Memo: Imported from original petition Doc# 10 | 18,000.00 | 0.00 | | 0.00 | FA |
| 19 2004 Ford Expedition, 90,000 miles, fair conditi<br>    Orig. Asset Memo: Imported from original petition Doc# 10 | 4,000.00 | 0.00 | | 0.00 | FA |
| 20 Unclaimed Property held by AT&TServices, Inc. | 250.00 | 0.00 | | 0.00 | FA |

Printed: 07/08/2014 02:26 PM    V.13.15

Case: 13-10210    Doc# 129    Filed: 07/10/14    Entered: 07/10/14 11:26:07    Page 8 of 13

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-10210  
**Case Name:** COLBURN, JACQUELINE ANN  

**Period Ending:** 07/08/14

**Trustee:** (007750) Jeffry Locke  
**Filed (f) or Converted (c):** 01/31/13 (f)  
**§341(a) Meeting Date:** 03/05/13  
**Claims Bar Date:** 08/26/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| Orig. Asset Memo: Imported from Amended Doc#: 20 | | | | | |
| 21 Citibank Checking xxx2657 (u)<br>may have exemption claim in $7k | 34,146.19 | 22,963.02 | | 26,865.18 | FA |
| 22 FBO Daugher and son accts (u)<br>Balances of $12,379.75 and $12646.91. Litigation pending re estate interest in accounts. | 0.00 | 0.00 | | 0.00 | FA |
| 23 Logiz Federal CU XX0400 (u)<br>added with Doc 69 amendment | 510.83 | 0.00 | | 0.00 | FA |
| 24 Beneficial interest in Annuity Richard Colburn T<br>Monthly distributions $10,117.13. Appears to be scheduled twice in amended schedules Doc 66 filed 5-30-13. Asset sold as of 1-1-14 to subordinated creditors. Estate collected both annuity payments and sales price of $35k. | Unknown | 250,000.00 | | 141,889.77 | FA |
| 25 Potential claim against Estate4 of Colburn, (u)<br>Reiumbursement of damages suffered while living in home of Richard D. Colburn. | Unknown | 0.00 | | 0.00 | FA |
| 26 Void, entry error. | 0.00 | 0.00 | | 0.00 | FA |
| 26 Assets Totals (Excluding unknown values) | **$280,813.02** | **$341,326.02** | | **$193,709.85** | **$0.00** |

**Major Activities Affecting Case Closing:**

    Trustee collecting annuity payments. Court ordered funds paid to Debtor's counsel in trust pending objection to exemption claim.

    7-25-13 Scheduling conference. Contested matter. Deadlines expected to be set and if all assets disclosed along with accounting of funds.

    9-14-13 Settlement discussions continue paying non Colburn claims in full and assignment of annuity to Colburn claimants.

    11-10-13 Settlement agreement signed by all parties subjection to Court approval.

    12-16-13 Oct-Dec funds due from Cleary per 1B of settlement, reminder to Cleary sent.

    1-13-14 December funds received from Cleary per settlement.

    1-22-14 Forms I and II sent to accountant to prepare estate's final tax return.

    2-11-14 Final tax return reviewed and approved.

Exhibit 8

Page: 4

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-10210  
**Case Name:** COLBURN, JACQUELINE ANN

**Trustee:** (007750) Jeffry Locke  
**Filed (f) or Converted (c):** 01/31/13 (f)  
**§341(a) Meeting Date:** 03/05/13

**Period Ending:** 07/08/14

**Claims Bar Date:** 08/26/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** August 15, 2016    **Current Projected Date Of Final Report (TFR):** February 19, 2014 (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 13-10210  
**Case Name:** COLBURN, JACQUELINE ANN  

**Taxpayer ID #:** **-***3511  
**Period Ending:** 07/08/14  

**Trustee:** Jeffry Locke (007750)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4866 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/01/13 | {21} | Debtor ACF Daisy D Colburn CA UTMA | Deposit, turnover of bank balance | 1229-000 | 13,432.59 | | 13,432.59 |
| 04/01/13 | {21} | Debtor ACF Franklin A. colburn CA UTMA | Deposit, turnover of bank balance | 1229-000 | 13,432.59 | | 26,865.18 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.77 | 26,830.41 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.87 | 26,790.54 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.96 | 26,754.58 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.32 | 26,712.26 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.42 | 26,673.84 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.08 | 26,636.76 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.14 | 26,594.62 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.70 | 26,558.92 |
| 12/12/13 | {24} | Richard W. Colburn | Deposit, sale of annuity | 1129-000 | 35,000.00 | | 61,558.92 |
| 12/15/13 | | Todd J Cleary Esq Client Trust Account | Deposit, turnover of annuity per settlement | | 102,792.55 | | 164,351.47 |
| | {15} | | Turnover of Northern Trust payments from May, June July    24,954.90 | 1129-000 | | | 164,351.47 |
| | {24} | | Turnover of Northwestern Mutual    77,837.65 | 1129-000 | | | 164,351.47 |
| 12/30/13 | {24} | Todd J. Cleary Client Trust Acct | Deposit, turnover of annuity payments | 1129-000 | 19,328.05 | | 183,679.52 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 148.75 | 183,530.77 |
| 01/13/14 | {24} | Todd Cleary client trust acct | Deposit, turnover of annuity payment December 2013. | 1129-000 | 9,724.07 | | 193,254.84 |
| 01/28/14 | 101 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/28/2014 FOR CASE #13-10210, Bond 016048574, 2014 Premium | 2300-000 | | 178.99 | 193,075.85 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 281.17 | 192,794.68 |
| 05/28/14 | 102 | Internal Revenue Service | Final Distribution. Your Claim# 10 -2; Filed: $11,289.00; Reference: 7870. | 5800-000 | | 11,289.00 | 181,505.68 |
| 05/28/14 | 103 | FRANCHISE TAX BOARD | Final Distribution. Your Claim# 16; Filed: $6,032.00; Reference: XXX7870. | 5800-000 | | 6,032.00 | 175,473.68 |
| 05/28/14 | 104 | Dr. David Frankel | Final Distribution. Your Claim# 5; Filed: $1,663.98; Reference: . | 7100-000 | | 1,621.71 | 173,851.97 |
| 05/28/14 | 105 | Beverly Hills Country Club | Final Distribution. Your Claim# 6; Filed: $4,925.06; Reference: . | 7100-000 | | 4,799.93 | 169,052.04 |
| 05/28/14 | 106 | Burrtec Waste Industries | Final Distribution. Your Claim# 7; Filed: $141.16; Reference: . | 7100-000 | | 137.57 | 168,914.47 |

Subtotals:    $193,709.85    $24,795.38

{} Asset reference(s)

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 13-10210  
**Case Name:** COLBURN, JACQUELINE ANN  

**Taxpayer ID #:** **-***3511  
**Period Ending:** 07/08/14  

**Trustee:** Jeffry Locke (007750)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4866 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/28/14 | 107 | Gordon B. Cutler, Esq. | Final Distribution. Your Claim# 8; Filed: $68,828.00; Reference: . | 7100-000 | | 30,185.68 | 138,728.79 |
| 05/28/14 | 108 | FIA CARD SERVICES, N.A. | Final Distribution. Your Claim# 9; Filed: $8,628.25; Reference: . | 7100-000 | | 8,409.03 | 130,319.76 |
| 05/28/14 | 109 | Irving Wm. Bernstein, Accountant | Final Distribution. Your Claim# 13; Filed: $2,041.66; Reference: . | 7100-000 | | 1,989.79 | 128,329.97 |
| 05/28/14 | 110 | Stanley W. McKiernan | Final Distribution. Your Claim# 15; Filed: $77,354.01; Reference: . | 7100-000 | | 33,924.91 | 94,405.06 |
| 05/28/14 | 111 | Jeffry Locke | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 12,990.21 | 81,414.85 |
| | | | Dividend paid 100.00%  12,935.49 on $12,935.49; Claim# ; Filed: $12,935.49 | 2100-000 | | | 81,414.85 |
| | | | Dividend paid 100.00%  54.72 on $54.72; Claim# ; Filed: $54.72 | 2200-000 | | | 81,414.85 |
| 05/28/14 | 112 | BACHECKI CROM & CO | Combined Check for Claims#BCC,BCE | | | 7,102.84 | 74,312.01 |
| | | | Dividend paid 100.00%  7,008.50 on $7,008.50; Claim# BCC; Filed: $7,008.50 | 3410-000 | | | 74,312.01 |
| | | | Dividend paid 100.00%  94.34 on $94.34; Claim# BCE; Filed: $94.34 | 3420-000 | | | 74,312.01 |
| 05/28/14 | 113 | GE Capital Retail Bank | Combined Check for Claims#11,12 | | | 3,290.04 | 71,021.97 |
| | | | Dividend paid 97.45%  607.96 on $623.81; Claim# 11; Filed: $623.81 | 7100-000 | | | 71,021.97 |
| | | | Dividend paid 97.45%  2,682.08 on $2,752.00; Claim# 12; Filed: $2,752.00 | 7100-000 | | | 71,021.97 |
| 05/28/14 | 114 | REIDUN STROMSHEIM | Combined Check for Claims#RSC,RSE | | | 71,021.97 | 0.00 |
| | | | Dividend paid 100.00%  68,570.50 on $68,570.50; Claim# RSC; Filed: $68,570.50 | 3210-000 | | | 0.00 |
| | | | Dividend paid 100.00%  2,451.47 on $2,451.47; Claim# RSE; Filed: $2,451.47 | 3220-000 | | | 0.00 |

Subtotals : $0.00  $168,914.47

{} Asset reference(s)

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 13-10210 | **Trustee:** | Jeffry Locke (007750) | |
| **Case Name:** | COLBURN, JACQUELINE ANN | **Bank Name:** | Rabobank, N.A. | |
| | | **Account:** | ******4866 - Checking Account | |
| **Taxpayer ID #:** | **-***3511 | **Blanket Bond:** | $5,000,000.00 (per case limit) | |
| **Period Ending:** | 07/08/14 | **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 193,709.85 | 193,709.85 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 193,709.85 | 193,709.85 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$193,709.85** | **$193,709.85** | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******4866** | 193,709.85 | 193,709.85 | 0.00 |
| | $193,709.85 | $193,709.85 | $0.00 |

{} Asset reference(s)