IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re
Jacqueline Ann Colburn,

Case No.: 13-10210
Chapter: 7

_____ Debtor(s). /

FINAL DECREE

The estate of the above named debtor has been fully administered.

    ( ) The deposit required by the plan has been distributed.

IT IS ORDERED THAT:

    (X) Jeffry Locke is discharged as trustee of the estate of the above named debtor and the bond is canceled;

    (X) the chapter 7 case of the above-named debtor is closed; and

    ( ) [other provisions as needed]

Dated: July 14, 2014

Alan Jaroslovsky
U.S. Bankruptcy Judge